UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-234-MOC
3:13-cr-293-MOC-1

| | |
|---|---|
| JERONZA THORNE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **SUPPLEMENTAL** |
| ) | **60-DAY ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Amend his Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255, (Doc. 7), and Response addressing timeliness, (Doc. No. 10).

Upon consideration of the Motion to Amend, Petitioner's Response addressing timeliness, and the record of prior proceedings, the Court determines that the United States Attorney should file a response to Petitioner's Motion to Amend. The Court will direct that the United States file an Answer or other responsive pleading in this case within sixty (60) days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that no later than sixty (60) days from entry of this Order, the United States Attorney shall file an Answer or other responsive pleading to Petitioner's Motion to Amend.

Signed: April 22, 2019

Max O. Cogburn Jr.
United States District Judge